# United States District Court
# District of Massachusetts

LOEURTH SOK,
    Petitioner,

V.                           CIVIL ACTION NO. 2005-11358-RGS

KATHLEEN DENEHY,
    Respondent.

# ORDER

COLLINGS, U.S.M.J.

    Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, return receipt requested, to the Respondent and the Attorney General for the Commonwealth of Massachusetts.

    It is hereby ordered that the Respondent shall, *within TWENTY (20) days of receipt of this Order,* file an answer or other appropriate response to

the Petition for a Writ of Habeas Corpus.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 30, 2006.