UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOEURTH SOK,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-11358-RGS |
| ) | |
| **KATHLEEN DENNEHY,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the undersigned as counsel for the Respondent, Kathleen Dennehy, in the matter listed above.

                                                Respectfully submitted,

                                                THOMAS F. REILLY
                                                ATTORNEY GENERAL

                                                /s/ Randall E. Ravitz
                                                Randall E. Ravitz (BBO # 643381)
                                                Assistant Attorney General
                                                Criminal Bureau
                                                One Ashburton Place
                                                Boston, Massachusetts  02108
                                                (617) 727-2200, ext. 2852

Dated:  February 22, 2006

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.


Dated: February 22, 2006                          /s/ Randall E. Ravitz
                                                                    Randall E. Ravitz