UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOEURTH SOK,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-11358-RGS |
| ) | |
| **KATHLEEN DENNEHY,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

### RESPONDENT'S MOTION FOR AN ENLARGEMENT
### OF TIME WITHIN WHICH TO RESPOND TO PETITION

Respondent Kathleen Dennehy (the "Respondent"), hereby respectfully moves this Court to enlarge until March 24, 2006 the time within which she must answer or otherwise respond to the Habeas Corpus Petition (the "Petition") filed by Petitioner Loeurth Sok (the "Petitioner"). The Respondent's response is currently due on February 22, 2006. In support of this Motion, the Respondent states as follows:

1. The Petition arises from a 2000 conviction in the Middlesex County, Massachusetts, Superior Court.

2. The Petition includes serious allegations and references complex areas of law.

3. The undersigned counsel has not yet obtained the necessary documents from the district attorney's office that prosecuted the criminal case listed above. Furthermore, once such documents are received, counsel will require adequate time to review them in order to respond sufficiently to the Petition.

4. No previous application for an enlargement of time to answer or otherwise respond to the Petition has been made to this Court in this case.

2

     5.     Allowance of the instant Motion will enable counsel for the Respondent to aid the Court most thoroughly and effectively and will not prejudice any party.

**WHEREFORE,** the Respondent requests that this Court enlarge the time within which she must answer or otherwise respond to the Petition until March 24, 2006.

                                      Respectfully submitted,

                                      THOMAS F. REILLY
                                      ATTORNEY GENERAL

                                      /s/ Randall E. Ravitz
                                      Randall E. Ravitz (BBO # 643381)
                                      Assistant Attorney General
                                      Criminal Bureau
                                      One Ashburton Place
                                      Boston, Massachusetts  02108
                                      (617) 727-2200, ext. 2852

Dated:  February 22, 2006


### CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I attempted to reach the Petitioner's counsel by telephone today in order to discuss the issue raised by the Motion above, but failed to reach him.


Dated:  February 22, 2006                        /s/ Randall E. Ravitz
                                                              Randall E. Ravitz

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.


Dated: February 22, 2006                        /s/ Randall E. Ravitz
                                                            Randall E. Ravitz