UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOEURTH SOK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-11358-RGS |
| ) | |
| KATHLEEN DENNEHY, ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S MOTION TO DISMISS PETITION**

Respondent Kathleen Dennehy (the "Respondent"), through counsel, hereby respectfully moves to dismiss the Habeas Corpus Petition (the "Petition") filed by Petitioner Loeurth Sok (the "Petitioner"). The Petition cannot be entertained, because the Petitioner has failed to satisfy the statutory requirement that he exhaust state remedies with respect to all claims in his Petition before it is filed, and because the Petition names an improper party as respondent.

In further support of this Motion, the Respondent relies on and incorporates her Memorandum of Law filed herewith.

WHEREFORE, the Respondent requests that this Honorable Court allow this Motion, dismiss the Petition in its entirety, and grant such other relief as is just and proper under the circumstances.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  March 24, 2006


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the registered participants and those indicated as non-registered participants on the date set forth below.


Dated: March 24, 2006                                           /s/ Randall E. Ravitz
                                                                Randall E. Ravitz