# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOEURTH SOK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    Civil Action No. 05-11358-RGS |
| | ) |
| KATHLEEN DENNEHY, | ) |
| | ) |
| Respondent. | ) |

## RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE CONCERNING EXHIBITS TO HER MEMORANDUM OF LAW IN SUPPORT OF HER MOTION TO DISMISS PETITION

Notice is hereby given that the following Exhibits to the Respondent's Memorandum of Law in Support of Her Motion to Dismiss Petition have been manually filed with the Court and are available in paper form only:

EXHIBIT A.    Docket in connection with Commonwealth v. Loeurth Sok, Case No. MICR1999-00419 in the Middlesex County, Massachusetts, Superior Court ("Super. Ct. Docket No. MICR1999-00419 – Version I");

EXHIBIT B.    Docket in connection with Commonwealth v. Loeurth Sok, Case No. MICR1999-00419 in the Middlesex County, Massachusetts, Superior Court ("Super. Ct. Docket No. MICR1999-00419 – Version II");

EXHIBIT C.    Docket in connection with Commonwealth v. Loeurth Sok, Case No. 2002-P-1248 in the Massachusetts Appeals Court ("App. Ct. Docket No. 2002-P-1248");

EXHIBIT D.          Docket in connection with <u>Commonwealth v. Loeurth Sok</u>, Case No.

                    FAR-14148 in the Massachusetts Supreme Judicial Court ("SJC Docket

                    No. FAR-14148");

EXHIBIT E.          Defendant-Appellant Loeurth Sok's Application for Further Appellate

                    Review filed in connection with <u>Commonwealth v. Loeurth Sok</u>, Case No.

                    FAR-14148 in the Massachusetts Supreme Judicial Court ("ALOFAR");

                    and

EXHIBIT F.          Appendix to Defendant-Appellant Loeurth Sok's Application for Further

                    Appellate Review filed in connection with <u>Commonwealth v. Loeurth</u>

                    <u>Sok</u>, Case No. FAR-14148 in the Massachusetts Supreme Judicial Court.

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

THOMAS F. REILLY
Attorney General


 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  March 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

Dated: March 24, 2006                    /s/ Randall E. Ravitz
                                         Randall E. Ravitz