UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 05-11358-RGS

LOEURTH SOK )
    Petitioner )
     )
vs. )
     )
KATHLEEN DENNEHY )
    Respondent )

## MOTION TO FILE A RESPONSE (LATE) TO RESPONDENT'S MOTION TO DISMISS

Now comes the Petitioner, Loeurth Sok, and requests that this Honorable Court allow him to file (late) a Response to Respondent's Motion to Dismiss.

The Petitioner requests that the Court allow him to file a Response to Respondent's Motion to Dismiss on or before April 24, 2006.

                              LOEURTH SOK
                              By his attorney

                              David P. LiBassi
                              648 Central Street
                              Lowell, Massachusetts 01852
                              Tel: 978-441-9339
                              BBO#: 547480

ASSENTED TO:

Randall E. Ravitz
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
Tel: 617-727-2200 x2852
BBO#: 643381

April 17, 2006

Middlesex, SS                                                                                                April 17, 2005

I hereby certify that I have this day sent via first class mail postage prepaid a copy for Motion to File a Response (Late) to Respondent's Motion to Dismiss to Randall E. Ravitz, Esquire, Assistant Attorney General, One Ashburton Place, Boston, Massachusetts 02108.

_____
David P. LiBassi