UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUERTH SOK
    Petitioner

Civil Action No 05-11358-RGS

vs.

KATHLEEN DENNEHY
    Respondent

## PETITIONER'S RESPONSE TO THE REPORT AND RECOMMENDATIONS OF JUDGE ROBERT B. COLLINGS

Now comes the petitioner Louerth Sok and in accordance with the Report and Recommendations of The Honorable Judge Robert B. Collings entered on January 25, 2007 the respondent withdraws his unexhausted claims. More specifically respondent withdraws that portion of Ground 2 of his Petition which alleges that the Trial Court refused to allow into evidence that co-defendant was acquitted of all charges. Respondent also withdraws that portion of Ground 4 which claims that the Home Invasion Statue is overbroad.

Petitioner also requests that this Honorable Court allow him to amend his petition to substitute as the Respondent the Superintendent of the most recent correctional facility that the petitioner has been transferred, Luis Spencer, Superintendent of Norfolk Correctional Facility.

Louerth Sok
By his attorney

*/s/ David LiBassi*

David LiBassi
Attorney at Law
321 Central Street
Lowell, MA 01852
BBO 547480

I certify that on this day I mailed a copy of the above entitled document by first class mail postage prepaid to Randall E. Ravitz Office of the Attorney General One Ashburton Place Boston, Massachusetts 02108-1598

2-16-07

David P. LiBassi