UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11358-RGS

LOUERTH SOK

v.

KATHLEEN DENNEHY

ORDER ON REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE

March 6, 2007

STEARNS, D.J.

Petitioner Louerth Sok, responding to the Magistrate Judge's Report and Recommendation, has withdrawn the claims identified in the Report as unexhausted. That being so, the case is REMANDED to Magistrate Judge Collings for a Report and Recommendation on the merits of the remaining claims.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE