UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOEURTH SOK,<br><br>    Petitioner,<br><br>v.<br><br>KATHLEEN DENNEHY,<br><br>    Respondent. | Civil Action No. 05-11358-RGS |

### RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE CONCERNING EXHIBITS TO HER RULE 5 APPENDIX ACCOMPANYING HER ANSWER TO AMENDED PETITION

Notice is hereby given that the following Exhibits to the Respondent's Rule 5 Appendix Accompanying Her Answer to Amended Petition have been manually filed with the Court and are available in paper form only:

    Exhibit A.    Appendix to Brief for the Defendant-Appellant Loeurth Sok in connection with Commonwealth v. Loeurth Sok, Appeal No. 2002-P-1248 in the Massachusetts Appeals Court;

    Exhibit B.    Brief and Supplemental Record Appendix for the Commonwealth in connection with Commonwealth v. Loeurth Sok, Appeal No. 2002-P-1248 in the Massachusetts Appeals Court;

    Exhibit C.    Supplemental Appendix to Brief for the Defendant-Appellant Loeurth Sok in connection with Commonwealth v. Loeurth Sok, Appeal No. 2002-P-1248 in the Massachusetts Appeals Court;

Exhibit D.   Transcript of Hearing on Motion to Suppress in connection with <u>Commonwealth v. Loeurth Sok</u>, Case No. MICR1999-00419 in the Middlesex County, Massachusetts, Superior Court;

Exhibit E.   Volume I of the Transcript of the Trial in connection with <u>Commonwealth v. Loeurth Sok</u>, Case No. MICR1999-00419 in the Middlesex County, Massachusetts, Superior Court;

Exhibit F.   Volume II of the Transcript of the Trial in connection with <u>Commonwealth v. Loeurth Sok</u>, Case No. MICR1999-00419 in the Middlesex County, Massachusetts, Superior Court;

Exhibit G.   Volume III of the Transcript of the Trial in connection with <u>Commonwealth v. Loeurth Sok</u>, Case No. MICR1999-00419 in the Middlesex County, Massachusetts, Superior Court;

Exhibit H.   Volume IV of the Transcript of the Trial in connection with <u>Commonwealth v. Loeurth Sok</u>, Case No. MICR1999-00419 in the Middlesex County, Massachusetts, Superior Court; and

Exhibit I.   Volume V of the Transcript of the Trial in connection with <u>Commonwealth v. Loeurth Sok</u>, Case No. MICR1999-00419 in the Middlesex County, Massachusetts, Superior Court.

The original documents are maintained in the case file in the Clerk's Office.

        Respectfully submitted,

        MARTHA COAKLEY
        Attorney General


        /s/ Randall E. Ravitz
        Randall E. Ravitz (BBO # 643381)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2852

Dated: March 16, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

Dated: March 16, 2007                           /s/ Randall E. Ravitz
                                                          Randall E. Ravitz