UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOEURTH SOK,<br><br>    Petitioner<br>v.<br><br>KATHLEEN DENNEHY,<br><br>    Respondent | )<br>)<br>)  Civil Action<br>)  No.: 05-11358-RGS<br>)<br>)<br>)<br>)<br>) |

**JOINT BRIEFING SCHEDULE**

1. Petitioner's counsel shall file his request for attorney's fees within two (2) weeks of the allowance of the briefing schedule.

2. Within 75-days after the Court's decision in regard to Petitioner's attorney's request for fees, Petitioner shall file his brief.

3. Within 30-days after Petitioner files his brief, the Respondent shall file her brief in opposition.

LOEURTH SOK
By his attorney

_/s/ David P. LiBassi_
David P. LiBassi
321 Central Street
Lowell, Massachusetts 01852
(978) 441-9339
BBO#: 547480

KATHLEEN DENNEHY
By her attorney

_/s/ Randall E. Ravitz_
Randall E. Ravitz
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727-2200 x 2852
BBO#: 643381

March 28, 2007