UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOEURTH SOK**,<br><br>Petitioner,<br><br>v.<br><br>**KATHLEEN DENNEHY**,<br><br>Respondent. | Civil Action No. 05-11358-RGS |

### PETITIONERS'S MOTION TO EXTEND TIME FOR FILING MEMORANDUM OF LAW IN SUPPORT OF CLAIMS

Now comes the petitioner in the above captioned case and requests that this honorable court grant the petitioner an extension to file his brief in regard to the above captioned case.

As reasons therefore petitioner asserts that he is a solo practitioner and as a result of staffing problems there currently exists a substantial backlog in his practice. After a number of unexpected departures by secretaries Petitioner's counsel just last week hired a replacement secretary. She is becoming acquainted with office procedures and is doing her best to become quickly familiar with the cases, and assisting Petitioners's counsel in clearing the backlog which quickly accumulated after illness and personal issues with his former secretaries caused unexpected abrupt departures.

Wherefore Petitioner Counsel respectfully requests that this honorable court extend the time for Petitioner's to file his brief until August 31, 2007 as Petitioner's Counsel anticipates being out of the office for approximately 10 days during the summer for previously scheduled summer vacation plans.

Loeurth Sok, Petitioner
by his attorney,

*David P. LiBassi*
321 Central Street
Lowell, MA 01852
978-441-9339
BBO 547480
7/4/07

**ASSENTED TO MOTION**

*Randall E. Ravitz*
Randall E. Ravitz
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 2108
617 727 2200 ext 2852
BBO 643381

**CERTIFICATE OF SERVICE**

I hereby certify that this day a copy of this motion has been sent electronically sent and/or sent by first class mail postage prepaid to Respondents counsel of Record Randal E. Ravitz, Assistant Attorney General, Criminal Bureau One Ashburton Place Boston, MA 02108

*David P. LiBassi, Esquire*