UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 05-11358-RGS

LOEURTH, SOK )
    Petitioner )
     )
vs. )
     )
KATHLEEN DENNEHY )
    Respondent )

FILED
IN CLERKS OFFICE
2007 AUG 31  P 4: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.

**PETITIONERS LIST OF EXHIBITS IN SUPPORT OF PETITIONERS MEMORANDUM IN SUPPORT OF HIS HABEAS CORPUS PETITION**

1. Trial transcripts (already on file in Federal Court.)

2. Appendix filed in Appeals Court for the Commonwealth of Massachusetts.

3. Appendix filed in Supreme Judicial Court of Massachusetts.

4. Memorandum and Order on Defendants Motion to Suppress Custodial Statement.

5. Sentencing disposition by the Honorable Judge Fabricant.

6. Order from the Appeals Court for the Commonwealth of Massachusetts.

7. Supplemental Appendix to Brief for Defendant (originally filed in Appeals Court.)

8. Testimony Portion of Motion to Suppress Hearing.

Certificate of Service

I hereby certify that I have this day sent electronically and or by mail a copy of this pleasing to the opposing counsel of record Randall Ravitz, Attorney Generals Office Criminal Bureau One Ashburton Place Boston, MA 02108.

David P. LiBassi
/s/