# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOEURTH SOK, )<br>  )<br>  Petitioner )<br>v. )<br>  )<br>KATHLEEN DENNEHY, )<br>  )<br>  Respondent )<br>  ) | CIVIL ACTION NO:<br>05-11358-RGS<br><br>**MOTION TO EXTEND RESPONSE DEADLINE FROM DECEMBER 10, 2007 TO DECEMBER 24, 2007** |

**NOW COMES** Counsel for the Petitioner and requests that this honorable Court extend the deadline for filing Response to the Respondent's Brief from December 10, 2007 until December 24, 2007. As reasons therefore, Petitioner asserts that illness of both he and his secretary in the past weeks have substantially impeded the work progress. Petitioner's Counsel asserts that he is a solo practitioner with only one secretary. Therefore, Counsel for the Petitioner requests an extension accordingly.

ASSENTED TO:

KATHLEEN DENNEHY
By Her Attorney,


Randall E. Ravitz, Esquire
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727-2200 xt. 2852
BBO# 643381

LOEURTH SOK
By His Attorney,


David P. LiBassi, Esquire
321 Central Street
Lowell, MA 01852
(978) 441-9339
BBO# 547480

## CERTIFICATE OF SERVICE

Middlesex, ss

/2-5 , 2007

I hereby certify I have electronically mailed a copy of Petitioner's Motion to Extend Response Deadline from December 10, 2007 to December 24, 2007.

_____
David P. LiBassi, Esquire