# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:
05-11358-RGS

| | |
|---|---|
| LOEURTH SOK, )<br>Petitioner )<br>)<br>v. )<br>)<br>KATHLEEN DENNEHY, )<br>Respondent ) | **PETITIONER'S MOTION TO FILE EXPANDED RESPONSE TO OPPOSITION** |

NOW COMES Louerth Sok in the above captioned case and requests that this honorable Court allow him to file a Responsive Brief which is eleven pages. Petitioner asserts that there were many issues presented in Petitioner's Memorandum in Support of the Habeas Corpus Petition and likewise many issues raised by the Respondent. The Petition involves complex challenges which involve application of fairly recent United States Supreme Court cases as well as challenges to the constitutionality of a Massachusetts Statute. Respondent has also challenged the interpretation of the Magistrates Report and Recommendation on Motion to Dismiss Petition. Given the number and complexity of issues, Petitioner requests to file a Responsive Brief of eleven pages.

Dated: December 24, 2007

LOEURTH SOK, PETITIONER
By His Attorney,

David P. LiBassi, Esquire
321 Central Street
Lowell, MA 01852
(978) 441-9339
BBO# 547480