Case 1:05-cv-11358-RGS    Document 30    Filed 12/24/2007    Page 1 of 1

December 24, 2007

Louerth Sok,
by his attorney

*[signature]*

David P. LiBassi, Esquire
321 Central Street
Lowell, MA 01852
978-441-9339
BB)# 547480

## CERTIFICATE OF SERVICE

Middlesex, ss                                                December 24, 2007

I hereby certify, I have this day, delivered electronically sent and via first class mail postage prepaid, a copy of Petitioner's Response to Opposition to Habeas Relief to: Randall Ravitz, Esquire, Assistant Attorney General, Commonwealth of Massachusetts, One Ashburton Place, Boston, MA 02108.

/s/
*[signature]*
David P. LiBassi, Esquire