# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:
05-11358-RGS

| | |
|---|---|
| LOEURTH SOK,<br>    Petitioner | )<br>)<br>)<br>)<br>)<br>)<br>) |
| LUIS SPENCER,<br>    Superintendent<br>    MCI Norfolk<br>    Respondent | ) |

### PETITONERS MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE COURTS PROCEDURAL ORDER OF JUNE 18TH 2008

**NOW COMES** Louerth Sok in the above captioned case and requests that this honorable Court extend the time allowed for petitioner to file a response to the courts procedural order of June 16th 2008.

As reasons therefore petitioner asserts that Petitioner's counsel had previously scheduled a vacation and will be out of the office from June 27 until July 14th 2008. Counsel for petitioner has and will continue to be involved in an ongoing Arbitration case for the majority of this week, and therefore will not have an opportunity to research and address the issues raised by the court in its latest procedural order.

Petitioner's counsel respectfully requests an extension until July 31, 2008 to file a response.

Assented To

For Respondent,

*[signature]*

Randall Ravitz,
Assistant Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Louerth Sok by his attorney

*[signature]*

David P. LiBassi, Attorney
321 Central Street
Lowell, MA 01852
978-441-9339
BBO# 547480

## CERTIFICATE OF SERVICE

Middlesex, ss                                                                 June 24, 2008

    I hereby certify, I have this day, delivered electronically and via first class mail postage prepaid, a copy of Petitioner's Motion to File Expanded Response to Opposition to: Randall Ravitz, Esquire, Assistant Attorney General, Commonwealth of Massachusetts, One Ashburton Place, Boston, MA 02108.

*[signature]*

David P. LiBassi, Esquire