## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | | CIVIL ACTION NO: |
| | | 05-11358-RGS |
| **LOEURTH SOK,** | ) | |
| Petitioner | ) | |
| | ) | **MOTION TO EXTEND RESPONSE** |
| v. | ) | **DEADLINE FROM SEPTEMBER 8, 2008** |
| | ) | **TO SEPTEMBER 30, 2008** |
| Luis Spencer, | ) | |
| Superintendent, | ) | |
| MCI, Norfolk, | ) | |
| Respondent. | ) | |
| | ) | |

**NOW COMES** Counsel for the Petitioner, Loeurth Sok, and requests that this honorable Court extend the deadline for filing Response to Report and Recommendation on Petition Under 28 U.S.C. § 2254 For A Writ of Habeas Corpus from September 8, 2008 until September 30, 2008. As reasons therefore, Petitioner's Counsel asserts that he is a solo practitioner with a heavy case load. The issues are complex and require substantial time for analysis and research.

Wherefore, Counsel for the Petitioner requests an extension accordingly.

ASSENTED TO:

| | |
|---|---|
| LUIS SPENCER | LOEURTH SOK |
| By HIS Attorney, | By His Attorney, |
| | |
| *[signature]* | *[signature]* |
| Randall E. Ravitz, Esquire | David P. LiBassi, Esquire |
| Assistant Attorney General | 321 Central Street |
| One Ashburton Place | Lowell, MA 01852 |
| Boston, MA 02108 | (978) 441-9339 |
| (617) 727-2200 xt. 2852 | BBO# 547480 |
| BBO# 643381 | |

## CERTIFICATE OF SERVICE

Middlesex, ss                                                                 September 3, 2008

      I hereby certify I have electronically mailed a copy of Petitioner's Motion to Extend Response Deadline from September 8, 2008 until September 30, 2008 and further, delivered via United States Postal Service, first class mail a copy of Petitioner's Motion to Extend Response Deadline from September 8, 2008 until September 30, 2008 to Randall E. Ravitz, Esquire, Assistant Attorney General, One Ashburton Place, Boston, MA 02108.

                                                                               David P. LiBassi, Esquire